**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

CHERLNELL LANE, ILIANA RIVERA
HAVEN, and KEVIN SULLIVAN on behalf
of all others similarly
situated;

                        Plaintiffs,

              v.

CITY OF CHICAGO,

                        Defendant.

Case No. 25-cv-10880

Hon. Georgia N. Alexakis

**DEFENDANT CITY OF CHICAGO'S RENEWED MOTION FOR LEAVE TO FILE A
BRIEF IN EXCESS OF FIFTEEN PAGES IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant City of Chicago respectfully moves this Court for an order permitting it to file a 35-page brief in support of its motion to dismiss. In support, the City states as follows:

1.　Plaintiffs filed an Amended Complaint as a matter of right on March 5, 2026, in response to the City's motion to dismiss filed on February 13, 2026. *See* Dkt. Nos. 33, 39.

2.　Simultaneously, the City moved for an order permitting it leave to file a brief in excess of fifteen pages in support of its motion to dismiss, Dkt. 33, which the Court granted, Dkt. 37.

3.　Pursuant to Local Rule 7.1, the City's brief in support of its motion to dismiss Plaintiffs' Amended Complaint cannot exceed 15 pages in length without the approval of this Court.

3.　In their 53-page, 150-paragraph Amended Complaint, Plaintiffs challenge many City policies and practices, including its 311 system, *see* Am. Compl. ¶ 8; its design standards for and installation, maintenance, and remediation of pedestrian rights of way facilities, *id.* ¶ 10; its alleged lack of a "comprehensive, coordinated and ongoing plan" for those efforts, *id.* ¶ 38; its

Aldermanic Menu Program, *id.* ¶¶ 58-68; its Shared Cost Sidewalk Program, *id.* ¶¶ 69-77; and a handful of other initiatives that Plaintiffs briefly address, *id.* ¶¶ 78-80.

4.      Moreover, one of the two statutes under which Plaintiffs bring their claims, the Americans with Disabilities Act, involves a complicated regulatory framework that requires substantial explanation in order for the City to set forth a fulsome response.

5.      Thus, to address the numerous allegations in the Amended Complaint and comprehensively set forth the City's position on Plaintiffs' claims, the City again seeks permission to file a 35-page brief. A copy of the City's proposed brief is attached hereto as Exhibit 1 (with the brief's own exhibits also attached as Exhibits 2 and 3).

6.      Without these additional pages, the City would have to abandon important arguments or not fully develop them for the Court's consideration. The City has endeavored to keep its arguments as short as possible to minimize the amount of additional space required.

**WHEREFORE**, the City respectfully requests that the Court enter an order granting it leave to file a 35-page brief in support of the City's motion to dismiss the Amended Complaint, in the form attached hereto as Exhibit 1, and grant the City such further relief as the Court deems just.

Dated: April 2, 2026                                Respectfully submitted,

                                                            MARY B. RICHARDSON-LOWRY
                                                            Corporation Counsel of the City of Chicago

                                                            By: */s/ Ellen Wight McLaughlin*
                                                                 Chief Assistant Corporation Counsel

ANDREW WORSECK
andrew.worseck@cityofchicago.org
ELLEN WIGHT MCLAUGHLIN
ellen.mclaughlin@cityofchicago.org

IVAN PARFENOFF
ivan.parfenoff@cityofchicago.org
ALEXANDRA GISELLE BELZLEY
alexandra.belzley@cityofchicago.org
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
2 N. LaSalle Street, Ste. 520
Chicago, Illinois 60602
(312) 744-7129 / 742-5147 / 744-4439 / 744-4216

MATTHEW PAYNE
mpayne@foxrothschild.com
JOHN HANSBERRY
jhansberry@foxrothschild.com
Fox Rothschild LLP
321 N. Clark Street, Ste. 1600
Chicago, IL 60654
(312) 517-9200
*Attorneys for Defendant City of Chicago*

## CERTIFICATE OF SERVICE

I, Ellen Wight McLaughlin, hereby certify that a copy of the foregoing document was filed on April 2, 2026, with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notifications of such filing to all parties that have appeared in this action.

*/s/ Ellen Wight McLaughlin*
Chief Assistant Corporation Counsel

3